UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. _____

Kirsten Hoffman,

    Plaintiff,

v.

Richard René Alix,

    Defendant.

## COMPLAINT FOR RECOGNITION
## OF OUT-OF-COUNTRY FOREIGN JUDGMENT

Plaintiff, Kirsten Hoffman ("Plaintiff"), by undersigned counsel, pursuant to Florida's Uniform Out-of-Country Foreign Money-Judgment Recognition Act, Sections 55.601-55.607, Florida Statutes, submits this Complaint for Recognition Of Out-Of-Country Foreign Judgment on her behalf and against Defendant, Richard René Alix ("Defendant"), and alleges the following:

### JURISDICTION, PARTIES, AND VENUE

1. This is a out-of-country foreign judgment in excess of $75,000.00, exclusive of interest, fees, and costs.

2. Plaintiff is a German citizen, with residence in Gindorf, Germany. Plaintiff's current address is Gartenstr. 15, 54657 Gindorf, Germany.

3. Defendant is an American citizen, with residence in Estero, Florida 33928. Defendant's current address is 22174 Seashore Circle, Estero, Florida 33928.

4. This Court has jurisdiction pursuant to Title 28 U.S.C. Section 1332 as there is diversity of citizenship and the amount in controversy exceeds $75,000.00.

5. Venue in this Court is proper by reason that on information and belief Defendant possesses assets and resides in Lee County, Florida.

## OUT-OF-COUNTRY FOREIGN JUDGMENT

6. On May 6, 2014, the parties executed a divorce settlement agreement ("Agreement"). *See* A True and Correct Copy of the Declaration in Support of Complaint for Recognition Of Out-Of-Country Foreign Judgment attached hereto as Exhibit "A", Divorce Settlement Agreement.

7. Pursuant to the Agreement, Defendant agreed to pay Plaintiff the amount of One Hundred Forty Four Thousand Dollars ($144,000.00) due and payable on December 1, 2014, with a default annual interest rate of 8%.

8. On June 13, 2014, Plaintiff served Defendant with a petition for divorce in the Bitburg Local Court in Germany.

9. On June 17, 2014, the Bitburg Local Court in Germany entered a Final Judgment whereby the Court dissolved the marriage between the parties and determined that there were no obstacles to the effectiveness or enforcement of the Agreement and, thus, that the Court was bound by the Agreement and its terms (the "Final Judgment"). *See* Exhibit "A", Final Judgment.

10. Therefore, pursuant to the Final Judgment, Defendant owes Plaintiff the amount of One Hundred Forty Four Thousand Dollars ($144,000.00) with a default annual interest rate of 8%. *See* Exhibit "A."

11. Defendant has failed to satisfy the Final Judgment.

12. Defendant has failed to pay interest as provided under the Final Judgment.

13. The Final Judgment is final, conclusive, and enforceable in Germany.

14. Consequently, in accordance with Florida's Uniform Out-of-Country Foreign Money-Judgment Recognition Act, Sections 55.601-55.607, Florida Statutes, Plaintiff is entitled to execute upon the Final Judgment against any asset of Defendant, forthwith.

15. All conditions precedent have been performed, waived, or excused.

**WHEREFORE**, Plaintiff requests that the Court enter an Order pursuant to the Florida Uniform Out-of-Country Foreign Money-Judgment Recognition Act, Florida Statutes §§ 55.601-607, recognizing and enforcing the Final Judgment and granting such other and further relief as may be just and proper including costs, attorney's fees and interest.

Dated: August 2, 2022.

Respectfully submitted,

/s/ Luis S. Konski
Luis S. Konski
Fla. Bar No. 207837
Email: lkonski@fowler-white.com

Ana E. Tovar
Fla. Bar No. 1008100
Email: atovar@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201